NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

The Fleishman Law Firm
19839 Nordhoff St.
Northridge, CA 91324
(818)350-6285

FILED
2010 MAR 23  PM 3: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETAR MRKONJIC<br><br>Plaintiff(s),<br>v.<br><br>DELTA FAMILY-CARE AND SURVIVORSHIP PLAN; DELTA AIR LINES, INC.<br><br>Defendant(s) | CASE NUMBER<br><br>CV10 2087 GAF (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, Petar Mrkonjic
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

1. Petar Mrkonjic
2. Delta Family-Care and Survivorship Plan
3. Delta Air Lines, Inc.

1. Plaintiff
2. Defendant
3. Defendant

3/22/10
Date

Sign

Charles J. Fleishman
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)