CHARLES N. BLAND, SBN: 91563
BLAND, NAVARRO & WEBER LLP
444 South Flower Street, Suite 2160
Los Angeles, California  90071
Phone:  (213) 833-7990; Fax:  (213) 833-7997
Email:  cbland@bbnwlaw.com

J. TIMOTHY Mc DONALD, GA Bar No.: 489420
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Phone:  (404) 541-2900; Fax:  (404) 541-2905
Email:  tim.mcdonald@thompsonhine.com
Attorneys for Defendants Delta Family-Care
Disability & Survivorship Plan, Delta Air Lines,
Inc., and Delta Retirement Plan

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETAR MRKONJIC,<br><br>             Plaintiff,<br><br>v.<br><br>DELTA FAMILY-CARE AND SURVIVORSHIP PLAN, an ERISA PLAN; DELTA AIR LINES, INC., a corporation; DELTA RETIREMENT PLAN, an ERISA plan, The Administrative Committee of Delta Air Lines, Inc., previously named as DOE 3, a plan administrator, DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  CV 10-2087 GAF(JCx)<br><br>**JUDGMENT** |

    This Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58 against the Delta Family-Care Disability and Survivorship Plan and the Administrative Committee of Delta Air Lines, Inc., as to Counts I and IV of the Fourth Amended Complaint, and against the Delta Retirement Plan and the Administrative Committee of Delta Air Lines, Inc., as to Count II of the Fourth Amended Complaint as described here.  The Court awards Plaintiff a remand of his

long-term disability benefit claim under the Delta Family-Care Disability & Survivorship Plan for the recalculation of the offsets applied to the long-term disability benefit amount he was awarded from September 23, 2004, forward. On remand, the recalculation of offsets must eliminate any offset for the receipt of benefits under the Delta Retirement Plan, and any offset for the receipt of the attorney's-fees portion of his worker's-compensation award. The recalculation must also consider whether his Social Security offset used the appropriate rates and whether all of his remaining worker's-compensation award should be considered as part of his offset.

The Retirement Plan is further ordered to rescind Plaintiff's retirement election and permit him, at a future date, to retire, consistent with the terms of the Delta Retirement Plan, its administrative practices, and applicable law. The amount of the offset for Plaintiff's Delta Retirement Plan benefits that is eliminated shall not be paid to Plaintiff, but shall be transferred from the applicable Trust for the Delta Family-Care Disability & Survivorship Plan to the applicable Trust for the Delta Retirement Plan.

The Administrative Committee's consideration of these issues on remand shall be treated as if it was an appeal received by the Administrative Committee on the date this Judgment is entered on the docket pursuant to the Administrative Committee's normal process for hearing appeals.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Judgment is further entered in favor of Defendants Delta Air Lines, Inc., Doe 1 (Life Insurance Plan), and Doe 2 (Accident Insurance Plan)) the Delta Retirement Plan and the Administrative Committee of Delta Air Lines, Inc., as to Count III of the Fourth Amended Complaint, in favor of the Delta Family-Care Disability Survivorship Plan and the Administrative Committee of Delta Air Lines, Inc., as to Count V of the Fourth Amended Complaint.

Dated: April 14, 2014.

_____
The Honorable Gary A. Feess
UNITED STATES DISTRICT JUDGE

**JS-6**